NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Andrew P. Holland (SBN224737) Aaron Wainscoat (SBN 218339)
Alexandra Fellows (SBN 261929)
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Tel: (650) 327-4200; Fax: (650) 325-5572
Emails: aholland@thoits.com / awainscoat@thoits.com
afellowes@thoits.com

ATTORNEY(S) FOR: ALO, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALO, LLC, a California limited liability company,

Plaintiff(s),

v.

ITALIC, INC.

Defendant(s)

CASE NUMBER:
2:22-CV-00567-GW-RAO

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ALO, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ALO, LLC | Plaintiff |
| Color Image Apparel, Inc. | Parent Company of Plaintiff ALO, LLC |
| Marco DeGeorge | Co-President of Color Image Apparel, Inc. |
| Daniel Harris | Co-President of Color Image Apparel, Inc. |

JANUARY 27, 2022
Date

/s/ Aaron Wainscoat
Signature
Aaron Wainscoat

Attorney of record for (or name of party appearing in pro per):

ALO, LLC

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com