| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>BLANK ROME LLP<br>Cheryl Stephanie Chang<br>chang@blankrome.com<br>2029 Century Park East<br>Los Angeles, CA 90067<br>(424) 239-3400<br>Matthew A, Homyk (pro hac vice pending)<br>mhomyk@blankrome.com<br>130 N. 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5360<br>ATTORNEY(S) FOR: Defendant ITALIC, INC. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALO, LLC, a California limited liability company,<br><br>Plaintiff(s),<br>v.<br>ITALIC, INC., a Delaware corporation,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-00567<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant ITALIC, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| ALO, LLC | Plaintiff |
| ITALIC, INC. | Defendant |

| | |
|---|---|
| February 18, 2022<br>Date | /s/ Cheryl Stephanie Chang<br>Signature<br>Cheryl Stephanie Chang<br><br>Attorney of record for (or name of party appearing in pro per):<br>Defendant ITALIC, INC. |

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**   

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 18, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2022.

By:   /s/AJ Cruickshank