Andrew P. Holland (State Bar No. 224737)
aholland@thoits.com
Aaron Wainscoat (State Bar No. 218339)
awainscoat@thoits.com
Melissa Zonne (State Bar No. 301581)
mzonne@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff
ALO, LLC**

David H. Bernstein (State Bar No. 336551)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
dhbernstein@debevoise.com

Matthew A. Homyk (*pro hac vice*)
**BLANK ROME LLP**
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5360
mhomyk@blankrome.com

**Attorneys for Defendant
ITALIC, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALO, LLC**, a California limited liability company,<br><br>              Plaintiff,<br><br>       v.<br><br>**ITALIC, INC.**, a Delaware corporation,<br><br>              Defendants. | Case No. 2:22-CV-00567-SSS-RAO<br><br>**NOTICE OF LODGING STIPULATED JUDGMENT AND PROPOSED ORDER** |

-1-
NOTICE OF LODGING STIPULATED JUDGMENT AND PROPOSED ORDER

PLEASE TAKE NOTICE that David. H. Bernstein, Lead Trial Counsel for Defendant Italic, Inc., hereby lodges the attached Stipulated Judgment and Proposed Order to dismiss the above-captioned action.

Dated: February 17, 2023.

By: */s/ David H. Bernstein*
DEBEVOISE & PLIMPTON LLP
David H. Bernstein
(212) 909-6696
dhbernstein@debevoise.com

*Attorneys for Defendant Italic, Inc.*