Andrew P. Holland (State Bar No. 224737)
aholland@thoits.com
Aaron Wainscoat (State Bar No. 218339)
awainscoat@thoits.com
Melissa Zonne (State Bar No. 301581)
mzonne@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

JS-6

**Attorneys for Plaintiff
ALO, LLC**

David H. Bernstein (State Bar No. 336551)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
dhbernstein@debevoise.com

Matthew A. Homyk (*pro hac vice*)
**BLANK ROME LLP**
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5360
mhomyk@blankrome.com

**Attorneys for Defendant
ITALIC, INC.**

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALO, LLC**, a California limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>**ITALIC, INC.**, a Delaware corporation,<br><br>                    Defendants. | Case No. 2:22-CV-00567-SSS-RAOx<br><br>**STIPULATED JUDGMENT AND ORDER** |

Plaintiff ALO, LLC ("ALO") and Defendant ITALIC, INC. ("Italic") hereby represent to the Court that they have agreed to a compromise and settlement of this

Action and all claims, defenses and counterclaims, including all claims that were brought in this Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Court has and shall continue to retain jurisdiction over the parties and subject matter of this Action.

2. The parties have entered into a written Confidential Settlement Agreement, effective February 16, 2023 ("Settlement Agreement"), that sets forth the rights and obligations of ALO and Italic and the parties expressly agree that this Court will retain ancillary jurisdiction over this matter in law and equity for purposes of enforcing and/or adjudicating any violation of the parties' Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-2 (1994). Any such matters shall be raised by noticed motion.

3. The parties will comply with their obligations as set forth in the Settlement Agreement.

4. Subject to the terms of the Settlement Agreement, ALO's Complaint is dismissed with prejudice.

5. Each party shall bear its own costs and attorneys' fees. **SO STIPULATED**.

Dated: 2/17/2023, 2023
By: _____

THOITS LAW
Andrew P. Holland
*Attorneys for Plaintiff*
*ALO, LLC*

DocuSigned by: [signature] E7E855640798A3A

Dated: February 17, 2023

By: _____
DEBEVOISE & PLIMPTON LLP
David H. Bernstein

*Attorneys for Defendant Italic, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated: February 27, 2023

_____
Honorable Sunshine S. Sykes
UNITED STATES DISTRICT COURT JUDGE